## WM. SIGISMUND, Respondent, v. NICOLA TROIANO-VICH and SAMUEL MORRIS, Appellants.

Appeal from the District Court of the Ninth Judicial District, State of Nevada, Esmeralda County, Hon. J. H. Case presiding.

Opinion of the Court by Justice Beatty, Brosnan, J., concurring.

In the application for a new trial in this case two points are made in the Court below. One that the Court erred in refusing a continuance on the application of defendants; the other, that the judgment was erroneous in being entered up for gold coin. The latter point only is discussed in appellants' brief.

We are not satisfied that the defendants showed sufficient diligence in trying to obtain the testimony of absent witnesses.

We will not, therefore, interfere with the ruling of the Court below on this point.

So far as the judgment is for gold coin, it is erroneous, as we have held in the case of *Milliken Bros.* v. *Slout.* On the authority of that case the Court below is directed to modify its judgment by striking out all that part of the judgment which relates to gold coin.

The appellants will recover their judgment for costs in this Court.